**FILED**
APR 30 2008
Clerk, U.S. District and
Bankruptcy Courts

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE ADAM CORPORATION/GROUP, | § § § | |
| Petitioner/Plaintiff, | § § | |
| and | § § | |
| CITIBANK, N.A., | § § | Case: 1:08-cv-00753 |
| Nominal Petitioner/Nominal Plaintiff, | § § § | Assigned To : Urbina, Ricardo M.<br>Assign. Date : 4/30/2008<br>Description: Contract |
| v. | § § | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, solely in its capacity as Manager of the FSLIC Resolution Fund, | § § § § | |
| Respondent/Defendant. | § § | |

## ORDER

Before the court are: (1) the Findings, Conclusions, and Recommendations of the United States Magistrate Judge, filed March 24, 2008; (2) Petitioner's Objection to Magistrate Judge Ramirez's March 24, 2008 Findings, Conclusions, and Recommendations, filed April 7, 2008; (3) FDIC's Response to Petitioner's Objection to Magistrate Judge Ramirez's March 24, 2008 Findings, Conclusions, and Recommendations, filed April 11, 2008; and (4) Petitioner's Reply in Support of its Objection to Magistrate Judge Ramirez's March 24, 2008 Findings, Conclusions, and Recommendations, filed April 14, 2008.

The magistrate judge recommended that the court grant FDIC's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a), filed December 19, 2007. The magistrate judge found that because the Federal Deposit Insurance Corporation ("FDIC") sued in the District of the District of Columbia

Order – Page 1

Certified a true copy of an instrument
on file in my office on 4/23/08
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

before this case was filed, transfer to that court is proper pursuant to the first-to-file rule, and did not reach the question of whether a section 1404(a) transfer was appropriate.* Petitioner The Adam Corporation/Group ("TACG") filed a document titled "objection" to the magistrate judge's Findings, Conclusions, and Recommendations (the "Report"). TACG asks the court to act quickly on the magistrate judge's recommendations and "does not object to the adoption of the Recommendation in that respect." Obj. 3. TACG does, however, ask the court to "make clear that its adoption of the Recommendation shall not be deemed to express any opinion on the correctness of the background statements in the Recommendation," arguing that the magistrate judge made certain errors and that the background contains dicta. The FDIC contends that TACG's request is unnecessary.

The court has considered the Report, the objection, response, and reply, and determines that TACG's objection is based upon a future and hypothetical concern, and that the court need not parse the Report to determine what is or is not dicta at this point. The parties do not dispute the legal analysis, conclusion, and recommendation of the magistrate judge, and if the FDIC at some point attempts to rely upon the magistrate judge's findings, then may TACG dispute the accuracy of those findings and dispute whether they are binding on the District of Columbia court.

The court **overrules** TACG's objection and **accepts** the findings and conclusions of the magistrate judge. The court **grants** FDIC's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) because the District of Columbia action was filed first, there is substantial overlap between

---

*The court had also referred Petitioner's Motion to Compel Arbitration, filed November 30, 2007, to the magistrate judge. The Report does not consider the motion to compel arbitration, but quotes *Cadle Co. v. Whataburger of Alice, Inc.*, 174 F.3d 599, 605-06 (5th Cir. 1999), in which the court held that "[o]nce the likelihood of substantial overlap between the two suits has been demonstrated, it is no longer up to the second-filed court to resolve the question of whether both should be allowed to proceed." Because the court accepts the magistrate judge's recommendation and transfers this case to the District of Columbia, it **declines** to address Petitioner's Motion to Compel Arbitration. This motion should be addressed by the transferee court.

Order – Page 2

the two cases, and TACG has not shown compelling evidence justifying an exception to the first-to-file rule. Accordingly, the court **transfers** this case to the District of the District of Columbia. The clerk of the court shall effect the transfer in accordance with the usual procedure.

**It is so ordered** this 21st day of April, 2008.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Page 3

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
THE ADAM GRP/GROUP,.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## DEFENDANTS
F.D.I.C.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TR

Case: 1:08-cv-00753
Assigned To : Urbina, Ricardo M.
Assign. Date : 4/30/2008
Description: Contract

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

— o —

| ☐ G. *Habeas Corpus/ 2255* <br> ☐ 530 Habeas Corpus-General <br> ☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination* <br> ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) <br><br> *(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT* <br> ☐ 895 Freedom of Information Act <br> ☐ 890 Other Statutory Actions (if Privacy Act) <br><br> *(If pro se, select this deck)* | ☐ J. *Student Loan* <br> ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)* <br> ☐ 710 Fair Labor Standards Act <br> ☐ 720 Labor/Mgmt. Relations <br> ☐ 730 Labor/Mgmt. Reporting & Disclosure Act <br> ☐ 740 Labor Railway Act <br> ☐ 790 Other Labor Litigation <br> ☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)* <br> ☐ 441 Voting (if not Voting Rights Act) <br> ☐ 443 Housing/Accommodations <br> ☐ 444 Welfare <br> ☐ 440 Other Civil Rights <br> ☐ 445 American w/Disabilities-Employment <br> ☐ 446 Americans w/Disabilities-Other | ☒ M. *Contract* <br> ☐ 110 Insurance <br> ☐ 120 Marine <br> ☐ 130 Miller Act <br> ☐ 140 Negotiable Instrument <br> ☐ 150 Recovery of Overpayment & Enforcement of Judgment <br> ☐ 153 Recovery of Overpayment of Veteran's Benefits <br> ☐ 160 Stockholder's Suits <br> ☒ 190 Other Contracts <br> ☐ 195 Contract Product Liability <br> ☐ 196 Franchise | ☐ N. *Three-Judge Court* <br> ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☐ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☒ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

USDC NDT

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
7 USC 1  Arbitration Act

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23    **DEMAND $**    Check YES only if demanded in complaint  **JURY DEMAND:** ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ☐ NO  If yes, please complete related case form.

**DATE** 4-30-08  **SIGNATURE OF ATTORNEY OF RECORD**

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

CLOSED, ECF, RAMIREZ, TDIS

# U.S. District Court
## Northern District of Texas (Dallas)
## CIVIL DOCKET FOR CASE #: 3:07-cv-01993
## Internal Use Only

| | |
|---|---|
| The Adam Corporation/Group et al v. Federal Deposit Insurance Corporation | Date Filed: 11/30/2007 |
| | Date Terminated: 04/21/2008 |
| Assigned to: Judge Sam A Lindsay | Jury Demand: None |
| Demand: $41,000 | Nature of Suit: 190 Contract: Other |
| Cause: 09:1 U.S. Arbitration Act | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**The Adam Corporation/Group**   represented by   **J Benjamin King**
Diamond McCarthy LLP
1201 Elm St
Suite 3400
Dallas, TX 75270
214/389-5328
Fax: 214/389-5399
Email: bking@diamondmccarthy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Baxter Ryan**
Diamond McCarthy LLP
1201 Elm St
Suite 3400
Dallas, TX 75270
214/389-5300
Fax: 214/389-5399
Email: aryan@diamondmccarthy.com
*ATTORNEY TO BE NOTICED*

**Kent A Yalowitz**
Arnold & Porter LLP
399 Park Ave
New York, NY 10022
212/715-1113
Fax: 212/715-1399
Email: kent.yalowitz@aporter.com
*ATTORNEY TO BE NOTICED*

Certified a true copy of an instrument
on file in my office on 4/23/08
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

**Plaintiff**

| | | |
|---|---|---|
| **Citibank NA** | represented by | **Brian T Morris**<br>Winstead Sechrest & Minick<br>Renaissance Tower<br>1201 Elm St<br>Suite 5400<br>Dallas, TX 75270-2120<br>214/745-5714<br>Fax: 214/745-5390 FAX<br>Email: bmorris@winstead.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jay J Madrid**<br>Winstead Sechrest & Minick<br>Renaissance Tower<br>1201 Elm St<br>Suite 5400<br>Dallas, TX 75270-2120<br>214/745-5400<br>Fax: 214/745-5390 FAX<br>Email: jmadrid@winstead.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Federal Deposit Insurance Corporation**<br>*solely in its capacity as manager of the FSLIC Resolution Fund* | represented by | **Timothy S Durst**<br>Baker Botts - Dallas<br>2001 Ross Ave<br>Suite 600<br>Dallas, TX 75201-2980<br>214/953-6500<br>Fax: 214/661-4816 FAX<br>Email: tim.durst@bakerbotts.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Claire L McGuire**<br>FDIC<br>3501 Fairfax Dr<br>Arlington, VA 22226<br>703/562-2390<br>Fax: 703/562-2481<br><br>**David A Super**<br>Baker Botts<br>1299 Pennsylvania Ave NW |

Suite 1300
Washington, DC 20004-2400
202/639-7700

**John A Davidovich**
FDIC
3501 Fairfax Dr
Arlington, VA 22226
703/562-2390
Fax: 703/562-2481

**Kirk K Van Tine**
Baker Botts
1299 Pennsylvania Ave NW
Suite 1300
Washington, DC 20004-2400
202/639-7700
Fax: 202/639-7890 FAX

**Larry L Goodman**
FDIC
3501 Fairfax Dr
Arlington, VA 22226
703/562-2390
Fax: 703/562-2481

**Leslie A Conover**
FDIC
3501 Fairfax Dr
Arlington, VA 22226
703/562-2390
Fax: 703/562-2481

**Ryan E Bull**
Baker Botts LLP
The Warner
1299 Pennsylvania Avenue NW
Washington, DC 20004-2400
202/639-7700

**Samuel J Waldon**
Baker Botts LLP
The Warner
1299 Pennsylvania Ave NW
Washington, DC 20004
202/639-7700
Fax: 202/639-7890

**Shane C Kiernan**
FDIC
3501 Fairfax Dr
Arlington, VA 22226
703/562-2390
Fax: 703/562-2481

**Sheila J Kadagathur**
Baker Botts LLP
The Warner
1299 Pennsylvania Ave NW
Washington, DC 20004
202/639-7700
Fax: 202/639-7890

| Date Filed | # | Docket Text |
|---|---|---|
| 11/30/2007 | 1 | PETITION TO COMPEL ARBITRATION, or in the alternative, COMPLAINT FOR DECLARATORY JUDGMENT OR COMPLAINT FOR MONEY DAMAGES against Federal Deposit Insurance Corporation filed by The Adam Corporation/Group, Citibank NA. (Filing fee $350; Receipt number 17067) (npk) (Entered: 11/30/2007) |
| 11/30/2007 |   | ***Magistrate Judge Ramirez chosen by random selection to handle matters that may be referred in this case. (npk) (Entered: 11/30/2007) |
| 11/30/2007 | 2 | Appendix in Support filed by The Adam Corporation/Group, Citibank NA re 1 Complaint. (Attachments: # 1 # 2 # 3 # 4 # 5) (npk) (Entered: 11/30/2007) |
| 11/30/2007 | 3 | MOTION to Compel Arbitration by The Adam Corporation/Group. (lmp) (Entered: 12/03/2007) |
| 11/30/2007 | 4 | Appendix in Support filed by The Adam Corporation/Group re 3 MOTION to Compel Arbitration. (lmp) (Entered: 12/03/2007) |
| 11/30/2007 | 6 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by The Adam Corporation/Group. (npk) (Entered: 12/03/2007) |
| 11/30/2007 | 7 | Summons Issued as to Federal Deposit Insurance Corporation, U.S. Attorney and U.S. Attorney General. (npk) (Entered: 12/03/2007) |
| 11/30/2007 | 12 | Application for Admission Pro Hac Vice by The Adam Corporation/Group. (axm) (Entered: 12/04/2007) |
| 12/03/2007 | 5 | Order Designating Case for ECF - see order for specifics. (Signed by Judge Sam A Lindsay on 12/3/07) (jrb) (Entered: 12/03/2007) |
| 12/03/2007 | 8 | NOTICE of Attorney Appearance by Andrew Baxter Ryan on behalf of The Adam Corporation/Group. (Ryan, Andrew) (Entered: 12/03/2007) |


| | | |
|---|---|---|
| 12/03/2007 | ●9 | SUMMONS Returned Executed as to Federal Deposit Insurance Corporation ; served on 11/30/2007. (lmp) (Entered: 12/04/2007) |
| 12/03/2007 | ●10 | ORDER REFERRING MOTION to Judge Ramirez: 3 Motion to Compel Arbitration filed by The Adam Corporation/Group. Motions referred to Irma C Ramirez. (Signed by Judge Sam A Lindsay on 12/03/2007) (axm) (Entered: 12/04/2007) |
| 12/03/2007 | ●13 | ORDER: Before the court is the 12 Application and Order for Admission Pro Hac Vice of Mr. Kent A. Yalowitz ("Application"), received by the Clerk of Court on November 30, 2007. Upon consideration, the court hereby grants the Application. The Clerk of Court is directed to deposit the application fee to the account of the Non-Appropriated Fund of this court. (Signed by Judge Sam A Lindsay on 12/3/2007) (axm) (Entered: 12/04/2007) |
| 12/04/2007 | ●11 | Standing Order for Electronic Filings Related to Matters Referred to the United States Magistrate Judge - see order for specifics. (Signed by Judge Irma C Ramirez on 12/03/2007) (axm) (Entered: 12/04/2007) |
| 12/05/2007 | ●14 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Citibank NA. (Morris, Brian) (Entered: 12/05/2007) |
| 12/05/2007 | ●15 | Unopposed MOTION for Extension of Time to File Response to 3 MOTION to Compel *Arbitration* by Federal Deposit Insurance Corporation (Attachments: # 1 Text of Proposed Order) (Durst, Timothy) Modified on 12/6/2007 (axm). (Entered: 12/05/2007) |
| 12/05/2007 | ●16 | ORDER granting 15 Unopposed MOTION for Extension of Time to File Response to 3 MOTION to Compel Arbitration. Response due by 12/19/2007. (Signed by Judge Irma C Ramirez on 12/05/07) (lmp) (Entered: 12/06/2007) |
| 12/19/2007 | ●17 | RESPONSE in Opposition filed by Federal Deposit Insurance Corporation re 3 MOTION to Compel Arbitration (Durst, Timothy) Modified on 12/20/2007 (jyg). (Entered: 12/19/2007) |
| 12/19/2007 | ●18 | Appendix in Support filed by Federal Deposit Insurance Corporation re 17 Response in Opposition to Motion to Compel Arbitration (Attachments: # 1 Exhibit Exhibit A to Appendix# 2 Exhibit Exhibit B to Appendix# 3 Exhibit Exhibit C to Appendix# 4 Exhibit Exhibit D to Appendix) (Durst, Timothy) Modified on 12/20/2007 (jyg). (Entered: 12/19/2007) |
| 12/19/2007 | ●19 | MOTION to Transfer Venue Pursuant to 28 USC 1404(a) by Federal Deposit Insurance Corporation with Brief/Memorandum in Support. (Attachments: # 1 Text of Proposed Order) (Durst, Timothy) Modified on 12/20/2007 (jyg). (Entered: 12/19/2007) |
| 12/19/2007 | ●20 | Memorandum in Support filed by Federal Deposit Insurance Corporation re 19 MOTION to Transfer Venue Pursuant to 28 USC 1404(a) (Durst, Timothy) Modified on 12/20/2007 (jyg). (Entered: 12/19/2007) |

| 12/19/2007 | ●21 | Appendix in Support filed by Federal Deposit Insurance Corporation re 20 Memorandum in Support of Motion, *to Transfer Venue Pursuant to 28 USC 1404(a)* (Attachments: # 1 Exhibit A to Appendix# 2 Exhibit B to Appendix# 3 Exhibit C to Appendix# 4 Exhibit D to Appendix) (Durst, Timothy) Modified on 12/20/2007 (jyg). (Entered: 12/19/2007) |
|---|---|---|
| 12/21/2007 | ●22 | Unopposed MOTION to Extend Time To File a Reply in Support of its Motion to Compel Arbitration by The Adam Corporation/Group (Ryan, Andrew) (Entered: 12/21/2007) |
| 12/21/2007 | ●23 | ORDER granting 22 Unopposed Motion for Extension of Time to File a Reply in Support of its Motion to Compel Arbitration. Replies due by 1/8/2008. (Signed by Judge Irma C Ramirez on 12/21/2007) (axm) (Entered: 12/26/2007) |
| 01/08/2008 | ●24 | REPLY BRIEF filed by The Adam Corporation/Group re 3 MOTION to Compel *Arbitration* (Ryan, Andrew) Modified on 1/9/2008 (jb). (Entered: 01/08/2008) |
| 01/08/2008 | ●25 | Brief in Opposition filed by The Adam Corporation/Group re 19 MOTION to Transfer Case out of District/Division (Attachments: # 1 Exhibit Exhibit 1 to Consolidated Appendix# 2 Exhibit Exhibit A to Exh 1. to Consol. App.# 3 Exhibit Exhibit B to Exh 1. to Consol. App.# 4 Exhibit Exhibit C to Exh 1. to Consol. App.# 5 Exhibit Exhibit D to Exh 1. to Consol. App.# 6 Exhibit Exhibit E to Exh 1. to Consol. App.# 7 Exhibit Exhibit F to Exh 1. to Consol. App.# 8 Exhibit Exhibit G to Exh 1. to Consol. App.# 9 Exhibit Exhibit H to Exh 1. to Consol. App.# 10 Exhibit Exhibit I to Exh 1. to Consol. App.# 11 Exhibit Exhibit J to Exh 1. to Consol. App.# 12 Exhibit Exh 2 to Consol. App.) (Ryan, Andrew) Modified on 1/9/2008 (jb). (Entered: 01/08/2008) |
| 01/18/2008 | ●26 | REPLY filed by Federal Deposit Insurance Corporation re 19 MOTION to Transfer Case out of District/Division. (Durst, Timothy) Modified on 1/22/2008 (tln). (Entered: 01/18/2008) |
| 01/24/2008 | ●27 | Motion for Extension of Time to Respond to Complaint and Request for Expedited Consideration by Federal Deposit Insurance Corporation (Attachments: # 1 Text of Proposed Order) (Durst, Timothy) Modified on 1/25/2008 (tln). (Entered: 01/24/2008) |
| 01/24/2008 | ●28 | RESPONSE in Opposition filed by The Adam Corporation/Group re 27 Motion for Extension of Time to File Answer *FDIC's Motion for Extension of Time to Respond to Complaint and Request for Expedited Consideration* (Attachments: # 1 Appendix Appendix in Support of Opposition (Containing Exhibit A and B)) (Ryan, Andrew) (Entered: 01/24/2008) |
| 01/24/2008 | ●30 | Application and Order for Admission Pro Hac Vice by Ryan E Bull for Federal Deposit Insurance Corporation. (Signed by Judge Sam A Lindsay on 1/24/08) (skt) (Entered: 01/25/2008) |

| 01/24/2008 | 31 | Application and Order for Admission Pro Hac Vice by Samuel J Waldon for Federal Deposit Insurance Corporation. (Signed by Judge Sam A Lindsay on 1/24/08) (skt) (Entered: 01/25/2008) |
|---|---|---|
| 01/24/2008 | 32 | Application and Order for Admission Pro Hac Vice by Sheila J Kadagathur for Federal Deposit Insurance Corporation. (Signed by Judge Sam A Lindsay on 1/24/08) (skt) (Entered: 01/25/2008) |
| 01/24/2008 | 33 | Application and Order for Admission Pro Hac Vice by David A Super for Federal Deposit Insurance Corporation. (Signed by Judge Sam A Lindsay on 1/24/08) (skt) (Entered: 01/25/2008) |
| 01/25/2008 | 29 | REPLY filed by Federal Deposit Insurance Corporation re 27 Motion for Extension of Time to Respond to Complaint and Request for Expedited Consideration (Durst, Timothy) Modified on 1/25/2008 (tln). (Entered: 01/25/2008) |
| 01/25/2008 | 34 | ORDER granting 27 Motion for Extension of Time to Respond to Complaint and Request for Expedited Consideration re 1 Complaint. The Court hereby extends Defendants responsive pleading deadline, to the extent that a responsive pleading is required by applicable law, until 10 days after the court rules on Defendant FDIC's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) and Petitioner's Motion to Compel Arbitration. (Signed by Judge Sam A Lindsay on 1/25/08) (npk) (Entered: 01/25/2008) |
| 01/25/2008 | 35 | ORDER REFERRING MOTION to Judge Irma C. Ramirez: 19 Motion to Transfer Venue Pursuant to 28 USC 1404(a) filed by Federal Deposit Insurance Corporation. Motion referred to Irma C Ramirez. (Signed by Judge Sam A Lindsay on 1/25/08) (npk) (Entered: 01/25/2008) |
| 02/11/2008 | 36 | Supplemental Memorandum in Support of 3 MOTION to Compel Arbitration and in Opposition to FDIC's 19 MOTION to Transfer Venue by The Adam Corporation/Group (Ryan, Andrew) Modified on 2/12/2008 (tln). (Entered: 02/11/2008) |
| 02/12/2008 | 37 | OBJECTION filed by Federal Deposit Insurance Corporation re 36 Supplemental Document *Letter Regarding Supplemental Brief* (Durst, Timothy) (Entered: 02/12/2008) |
| 02/13/2008 | 38 | Supplemental Document by The Adam Corporation/Group as to 37 Objection *Letter Attaching Unopposed Motion to Enlarge Time*. (Attachments: # 1 Exhibit Unopposed Motion to Enlarge Time in DCCT) (King, J) (Entered: 02/13/2008) |
| 03/24/2008 | 39 | FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS re 19 MOTION to Transfer Case out of District/Division filed by Federal Deposit Insurance Corporation. For the reasons stated above, the Court recommends that Defendant FDIC's Motion to Transfer Venue be GRANTED, and that this action be transferred to the District Court for the District of Columbia. (Signed by Magistrate Judge Irma C Ramirez on 3/24/08) (klm) (Entered: 03/24/2008) |

| | | |
|---|---|---|
| 04/07/2008 | ●40 | OBJECTION to 39 Findings and Recommendations. (Attachments: # 1 Appendix Appendix in Support of Objections to Magistrate Judge Ramirez's Findings, Conclusions, and Recommendations) (Ryan, Andrew) (Entered: 04/07/2008) |
| 04/11/2008 | ●41 | RESPONSE in Opposition filed by Federal Deposit Insurance Corporation re 40 Objection to Findings and Recommendations. (Durst, Timothy) Modified on 4/11/2008 (jrb). (Entered: 04/11/2008) |
| 04/14/2008 | ●42 | REPLY in Support of filed by The Adam Corporation/Group re 40 Objections to Magistrate Judge Ramirez's March 24, 2008 Findings, Conclusions, and Recommendations. (King, J) Modified on 4/15/2008 (jyg). (Entered: 04/14/2008) |
| 04/21/2008 | ●43 | ORDER granting 19 Motion to Transfer Venue because the District of Columbia action was filed first, there is substantial overlap between the two cases, and TACG has not shown compelling evidence justifying an exception to the first-tofilerule. Accordingly, the court transfers this case to the District of the District of Columbia. (see order for specifics) (Signed by Judge Sam A Lindsay on 04/21/08) (lmp) (Entered: 04/22/2008) |
| 04/21/2008 | ● | Interdistrict Transfer to District of the District of Columbia (jrb) (Entered: 04/22/2008) |
| 04/22/2008 | ●44 | CC of Order of Transfer, docket sheet along with transfer letter sent to District of the District of Columbia. (jrb) (Entered: 04/22/2008) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_The Adam Corporation/Group_

v.   Civil Action No. **08 0753**

_F.D.I.C._

**APR 3 0 2008**

The above entitled action, transferred from the U.S. District Court for the _Northern_ _District of Texas_, has been received and filed. It was assigned to Judge **URBINA, J. RMU**. Any subsequent pleadings filed must contain both our civil action number and the initials of the judge assigned this action.

To assist the Clerk's Office in properly recording all counsel of record and to ensure that each counsel entered is authorized to practice before this Court pursuant to Local Civil Rule 83.8, counsel for all parties must enter their appearance in accordance with our Local Civil Rule 83.6. Timely compliance with this requirement will enable the Clerk's Office to ensure prompt delivery of notices and orders.

NANCY MAYER-WHITTINGTON, CLERK

By _[signature]_
Deputy Clerk

cc: J. Benjamin King
Timothy Durst *
Claire McGuire
David Super

*Denotes attorney not a member of the bar of the U.S. District Court for the District of Columbia

## *UNITED STATES DISTRICT COURT*
## *FOR THE DISTRICT OF COLUMBIA*

**ADAM CORPORATION/GROUP**

Plaintiff(s)

vs.                                   Civil Case No: **08-753 RMU**

**FEDERAL DEPOSIT INSURANCE**
**CORPORATION**

Defendant(s)

## NOTICE REGARDING BULKY EXHIBIT

Pursuant to the procedures for filing documents electronically.  This notice serves as notification of  bulky document(s) has been filed in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

**NANCY MAYER-WHITTINGTON**

Clerk

Case 1:08-cv-00753-RMU     Document 1-5     Filed 04/30/2008     Page 2 of 2