UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ADAM CORPORATION/GROUP,<br>　　　　　　　　　　Petitioner/Plaintiff,<br><br>— AND —<br><br>CITIBANK, N.A.,<br>　　　Nominal Petitioner/Nominal Plaintiff,<br><br>— AGAINST —<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, SOLELY IN ITS CAPACITY AS MANAGER OF THE FSLIC RESOLUTION FUND,<br><br>　　　　　　　　　Respondent/Defendant. | 1:08-cv-00753 (RMU) |

## APPEARANCE

To the Clerk of Court and all parties of record:

Please enter the appearance of Michael A. Johnson as counsel in this case for The Adam Corporation/Group.

Dated: May 6, 2008

Respectfully submitted,

**ARNOLD & PORTER LLP**

By: /s/ Michael A. Johnson
Michael A. Johnson (D.C. Bar No. 460879)
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5000
(202) 942-5999 (fax)

*Attorneys for Petitioner/Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Michael A. Johnson, hereby certify that on this 6th day of May 2008, I caused a copy of the foregoing Appearance to be served by electronic mail and first-class mail, postage prepaid, upon:

David A. Super, Esq.
Baker Botts LLP
The Warner
1299 Pennsylvania Ave., NW
Washington, D.C. 20004-2400
(202) 639-7768

*Attorneys for Respondent/Defendant*

Brian T. Morris, Esq.
Winstead PC
1201 Elm Street, Suite 5400
Dallas, Texas 75270
(212) 745-5400

*Attorneys for Nominal Petitioner/Nominal Plaintiff*

/s/ Michael A. Johnson
Michael A. Johnson, D.C. Bar No. 460879