## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ADAM CORPORATION/GROUP, | ) |
| | ) |
| Petitioner/Plaintiff, | ) |
| | ) |
| — AND — | )   1:08-cv-00753 (RMU) |
| | ) |
| CITIBANK, N.A., | ) |
| | ) |
| Nominal Petitioner/Nominal Plaintiff, | ) |
| | ) |
| — AGAINST — | ) |
| | ) |
| FEDERAL DEPOSIT INSURANCE | ) |
| CORPORATION, SOLELY IN ITS CAPACITY AS | ) |
| MANAGER OF THE FSLIC RESOLUTION FUND, | ) |
| | ) |
| Respondent/Defendant. | ) |

### MOTION FOR ADMISSION PRO HAC VICE

COMES NOW, Michael A. Johnson, a member in good standing of the Bar of the District of Columbia, duly admitted to practice law in the Courts of the District of Columbia and this Court, and moves pursuant to LCvR 83.2 for admission *Pro Hac Vice* of Erik C. Walsh in the above-styled case for all purposes in the within action as if he were a duly qualified member in good standing of the Bar of the District of Columbia and of this Court.

Erik C. Walsh is of high moral character and a member in good standing of the Bar of the State of New York and practices with the firm of Arnold & Porter LLP in New York, which has been retained to represent Petitioner/Plaintiff The Adam Corporation/Group in the above-captioned matter.

WHEREFORE, Michael A. Johnson respectfully moves this Court for an Order admitting

Mr. Erik C. Walsh *Pro Hac Vice* as attorney for Petitioner/Plaintiff The Adam

Corporation/Group.

Respectfully submitted,

**ARNOLD & PORTER LLP**

By:_____/s/  Michael A. Johnson _____
Michael A. Johnson (D.C. Bar No. 460879)
555 Twelfth Street, NW
Washington, DC  20004
(202) 942-5000
(202) 942-5999 (fax)

*Counsel for Petitioner/Plaintiff*

May 6, 2008
Washington, DC

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE ADAM CORPORATION/GROUP,     )
                                                )

            Petitioner/Plaintiff, )

                                               )

— AND —                                 )   1:08-cv-00753 (RMU)

CITIBANK, N.A.,                     )

    Nominal Petitioner/Nominal Plaintiff, )

— AGAINST —

FEDERAL DEPOSIT INSURANCE
CORPORATION, SOLELY IN ITS CAPACITY AS
MANAGER OF THE FSLIC RESOLUTION FUND,

             Respondent/Defendant.

## DECLARATION FOR PRO HAC VICE ADMISSION

Erik C. Walsh, declares as follows:

1.     I am an attorney in good standing before the Bar of the State of New York.

2.     I am a member of the law firm of Arnold & Porter LLP, and am counsel for Petitioner/Plaintiff The Adam Corporation/Group, in the above-styled case.  I make the statements herein of my personal knowledge and in support of my Application for Admission *Pro Hac Vice* before this Court.

3.     Arnold & Porter LLP has been retained by Petitioner/Plaintiff The Adam Corporation/Group to litigate this matter, and has asked me to serve as counsel of record.  My

office is located at 399 Park Avenue, New York, New York, 10022. My telephone number at

that address is (212) 715-1131.

4.     I am admitted to the Bar of the State of New York. I have never been disciplined

by any bar. I am also a member of the bars of the United States District Court for the Southern

District of New York, and the United States District Court for the Eastern District of New York.

5.     I have been admitted *Pro Hac Vice* to the Bar of this Court within the last two

years, but only in the parallel case captioned, *Federal Deposit Insurance Corporation v. The

Adam Corporation/Group*, No. 1:07-cv-02163-RMU.

Erik C. Walsh

May 6, 2008

2

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE ADAM CORPORATION/GROUP,      )
     )
         Petitioner/Plaintiff, )
     )
 — AND —      )    1:08-cv-00753 (RMU)
     )
CITIBANK, N.A.,      )
     )
    Nominal Petitioner/Nominal Plaintiff, )
     )
 — AGAINST —      )
     )
FEDERAL DEPOSIT INSURANCE      )
CORPORATION, SOLELY IN ITS CAPACITY AS      )
MANAGER OF THE FSLIC RESOLUTION FUND, )
     )
       Respondent/Defendant. )

## [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, and on Motion duly made before this Court pursuant to

LCvR 83.2, it is hereby

**ORDERED** that Erik C. Walsh who is a member in good standing of the Bar of the State

of New York be, and hereby is, admitted *Pro Hac Vice* as attorney for Petitioner/Plaintiff The

Adam Corporation/Group, for all purposes in the within action as fully as if he were a duly

qualified member in good standing of the Bar of this Court, such admission to continue through

the termination of the above-styled action.

SO ORDERED, this _____ day of _____, 2008.

_____, 2008

Washington, DC

_____

UNITED STATES DISTRICT COURT JUDGE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE ADAM CORPORATION/GROUP,      )
      )
          Petitioner/Plaintiff,   )
      )
&mdash; AND &mdash;      )     1:08-cv-00753 (RMU)
      )
CITIBANK, N.A.,      )
      )
         Nominal Petitioner/Nominal Plaintiff,  )
      )
&mdash; AGAINST &mdash;      )
      )
FEDERAL DEPOSIT INSURANCE      )
CORPORATION, SOLELY IN ITS CAPACITY AS     )
MANAGER OF THE FSLIC RESOLUTION FUND,   )
      )
         Respondent/Defendant.  )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the Declaration for

Admission, Consent Motion for Admission, and Proposed Order for Admission *Pro Hac Vice*

were served upon the following counsel of record at the address(es) indicated, by electronic mail

and first class mail, postage prepaid, on this 6th day of May, 2008:

> David A. Super, Esq.
> Baker Botts LLP
> The Warner
> 1299 Pennsylvania Ave., NW
> Washington, D.C. 20004-2400
> (202) 639-7768
>
> *Counsel for Respondent/Defendant*

Brian T. Morris, Esq.
Winstead PC
1201 Elm Street, Suite 5400
Dallas, Texas 75270
(212) 745-5400

*Counsel for Nominal Petitioner/Nominal Plaintiff*

/s/   Michael A. Johnson
Michael A. Johnson, D.C. Bar No. 460879