UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ADAM CORPORATION/GROUP,<br>                          Petitioner/Plaintiff,<br><br>– AND –<br><br>CITIBANK, N.A.,<br>      Nominal Petitioner/Nominal Plaintiff,<br><br>– AGAINST –<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, SOLELY IN ITS CAPACITY AS MANAGER OF THE FSLIC RESOLUTION FUND,<br><br>                          Respondent/Defendant. | 1:08-cv-00753 (RMU) |

**APPEARANCE**

To the Clerk of Court and all parties of record:

Please enter the appearance of Kent A. Yalowitz as counsel in this case for The Adam Corporation/Group.

Dated: May 7, 2008

Respectfully submitted,

**ARNOLD & PORTER LLP**

By: /s/ Kent Yalowitz
Kent A. Yalowitz
399 Park Avenue
New York, New York
(212) 715-1113
(212) 715-1399 (fax)

*Attorneys for Petitioner/Plaintiff*