## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE ADAM CORPORATION/GROUP,

              Petitioner/Plaintiff,

— AND —

CITIBANK, N.A.,

        Nominal Petitioner/Nominal Plaintiff,

— AGAINST —

FEDERAL DEPOSIT INSURANCE CORPORATION, SOLELY IN ITS CAPACITY AS MANAGER OF THE FSLIC RESOLUTION FUND,

              Respondent/Defendant.

1:08-cv-00753 (RMU)

### APPEARANCE

To the Clerk of Court and all parties of record:

Please enter the appearance of Erik C. Walsh as counsel in this case for The Adam Corporation/Group.

Respectfully submitted,

Dated: May 7, 2008

**ARNOLD & PORTER LLP**

By: /s/ Erik Walsh _____
Erik C. Walsh
399 Park Avenue
New York, New York
(212) 715-1113
(212) 715-1399 (fax)

*Attorneys for Petitioner/Plaintiff*