UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ADAM CORPORATION/GROUP,<br>    Petitioner/Plaintiff,<br><br>- AND -<br><br>Citibank, N.A.,<br>    Nominal Petitioner/Nominal Plaintiff,<br><br>- AGAINST -<br><br>FEDERAL DEPOSIT INSURANCE<br>CORPORATION, Solely in its Capacity as<br>Manager of the FSLIC Resolution Fund,<br><br>    Respondent/Defendant. | No. 1:08-cv-0753 RMU |

## MOTION TO ADMIT
## ANTONY S. BURT *PRO HAC VICE*

The movant, D. Christopher Ohly, an active member in good standing of the Bar of the United States District Court for the District of Columbia, respectfully moves the Court pursuant to LCvR 83.2(d), to admit Antony S. Burt, an attorney admitted to practice before the Bars of the States of Illinois, Colorado and New York, the United States District Court for the Northern District of Illinois, and the United States Courts of Appeal for the Fifth, Sixth, Seventh, Ninth, Tenth and Eleventh Circuits, but not admitted to the bar of this Court, to appear *pro hac vice* as counsel for the Federal Deposit Insurance Corporation, Solely in its Capacity as Manager of the FSLIC. The declaration of Mr. Burt in support of this Motion, is attached.

Dated: July 29, 2008                    Respectfully submitted,

                                        By: /s/ D. Christopher Ohly
                                        D. Christopher Ohly (DC Bar No. 486370)
                                        SCHIFF HARDIN, LLP
                                        1666 K Street, NW
                                        Suite 300
                                        Washington, DC 20006
                                        Tel:   202.778.6458
                                        Fax:   202.778.6460
                                        Email: dcohly@schiffhardin.com

                                        *Attorneys for the Federal Deposit
                                        Insurance Corporation, Solely in its Capacity as
                                        Manager of the FSLIC Resolution Fund*

Claire L. McGuire (D.C. Bar No. 247924)
Larry L. Goodman (D.C. Bar No. 421980)
Leslie A. Conover (D.C. Bar No. 366826)
Bruce C. Taylor
John A. Davidovich
FEDERAL DEPOSIT
INSURANCE CORPORATION
3501 Fairfax Drive
Arlington, VA 22226
Tel: (703) 562-2390
Fax: (703) 562-2481

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ADAM CORPORATION/GROUP,<br>    Petitioner/Plaintiff,<br><br>- AND -<br><br>Citibank, N.A.,<br>  Nominal Petitioner/Nominal Plaintiff,<br><br>- AGAINST -<br><br>FEDERAL DEPOSIT INSURANCE<br>CORPORATION, Solely in its Capacity as<br>Manager of the FSLIC Resolution Fund,<br><br>    Respondent/Defendant. | No. 1:08-cv-0753 RMU |

## ORDER

Upon consideration of the Motion to Admit Antony S. Burt *Pro Hac Vice* in this case, as well as his declaration in support of that Motion and the entire record in this case, it is this ___ day of July, 2008, hereby

**ORDERED** that the Motion to Admit Antony S. Burt *Pro Hac Vice*, be and the same is hereby **GRANTED**.

                 _____
                 Ricardo M. Urbina
                 United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ADAM CORPORATION/GROUP,<br>    Petitioner/Plaintiff,<br><br>- AND -<br><br>Citibank, N.A.,<br>  Nominal Petitioner/Nominal Plaintiff,<br><br>- AGAINST -<br><br>FEDERAL DEPOSIT INSURANCE<br>CORPORATION, Solely in its Capacity as<br>Manager of the FSLIC Resolution Fund,<br><br>    Respondent/Defendant. | No. 1:08-cv-0753 RMU |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to to Admit Anthony S. Burt *Pro Hac Vice*, Declaration of Anthony S. Burt, and Proposed Order was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following as indicated on the service list below ("CM/ECF"). I hereby further certify that on July 29, 2008, I served a copy of the Motion by United States Mail, first class postage pre-paid, upon the following counsel:

    Kent A. Yalowitz
    Erik C. Walsh
    ARNOLD & PORTER LLP
    399 Park Avenue
    New York, NY 10022

    Michael A. Johnson
    555 12th Street, N.W.
    Washington, D.C. 20004

    Attorneys for TACG

Brian T. Morris
5400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270

Attorney for Citibank, N.A.

*(signature)*
D. Christopher Ohly (DC Bar No. 486370)
SCHIFF HARDIN, LLP
1666 K Street, NW
Suite 300
Washington, DC 20006
Tel:    202.778.6458
Fax:    202.778.6460
Email: dcohly@schiffhardin.com

*Attorneys for the Federal Deposit
Insurance Corporation, Solely in its Capacity as
Manager of the FSLIC Resolution Fund*

Claire L. McGuire (D.C. Bar No. 247924)
Larry L. Goodman (D.C. Bar No. 421980)
Leslie A. Conover (D.C. Bar No. 366826)
Bruce C. Taylor
John A. Davidovich
FEDERAL DEPOSIT
INSURANCE CORPORATION
3501 Fairfax Drive
Arlington, VA 22226
Tel:  (703) 562-2390
Fax: (703) 562-2481

CH2\2627726.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE ADAM CORPORATION/GROUP, )
          Petitioner/Plaintiff, )
)
- AND - )
)
Citibank, N.A., )      No. 1:08-cv-0753 RMU
    Nominal Petitioner/Nominal Plaintiff, )
)
- AGAINST - )
)
FEDERAL DEPOSIT INSURANCE )
CORPORATION, Solely in its Capacity as )
Manager of the FSLIC Resolution Fund, )
)
          Respondent/Defendant. )

## DECLARATION OF ANTONY S. BURT

I, Antony S. Burt, hereby declare as follows:

1. I am a partner in the Chicago office of Schiff Hardin, LLP, whose office address is 6600 Sears Tower, Chicago, Illinois 60606. My full address and phone number are reflected below. I have been retained to serve as lead counsel to the Federal Deposit Insurance Corporation, the Respondent-Defendant in this action. Schiff Hardin maintains an office in the District of Columbia, at 1666 K Street, N.W., Suite 300, Washington, D.C. 20036. I do not currently practice in the District of Columbia and I do not have pending an application for membership in the bar of the District of Columbia.

2. I obtained a Bachelor of Arts from Duke University in 1978. I obtained a Juris Doctorate degree from Northwestern University School of Law School in 1982. I am currently a member in good standing of the bars of the States of Illinois and New York. I am admitted to the bar of the State of Colorado and am in inactive status. I am also admitted in the United States

District Court for the Northern District of Illinois, and the United States Courts of Appeal for the Fifth, Sixth, Seventh, Ninth, Tenth and Eleventh Circuits. I was first admitted to practice in 1982.

    3.    No disciplinary proceedings are presently pending, or have ever been instituted, against me.

    4.    I have not been admitted *pro hac vice* in this Court in the last two years.

    5.    I have read the Local Rules for practice in the United States District Court for the District of Columbia, and I agree to abide by them.

I declare under the penalties of perjury that the foregoing is true and correct.

July 25, 2008

Antony S. Burt
SCHIFF HARDIN, LLP
6600 Sears Tower
Chicago, Illinois 60606
Tel:   312.258.5762
Fax:   312.258.5600
Email: aburt@schiffhardin.com

*Attorneys for the Federal Deposit Insurance Corporation, Solely in its Capacity as Manager of the FSLIC Resolution Fund*