UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE ADAM CORPORATION/GROUP,           )
                Petitioner/Plaintiff,    )
                                                  )
- AND -                                                      )
                                                  )
Citibank, N.A.,                                           )    No. 1:08-cv-0753 RMU
    Nominal Petitioner/Nominal Plaintiff,   )
                                                  )
- AGAINST -                                               )
                                                  )
FEDERAL DEPOSIT INSURANCE             )
CORPORATION, Solely in its Capacity as     )
Manager of the FSLIC Resolution Fund,      )
                                                  )
            Respondent/Defendant.    )

## MOTION TO ADMIT
## MATTHEW C. CROWL *PRO HAC VICE*

The movant, D. Christopher Ohly, an active member in good standing of the Bar of the United States District Court for the District of Columbia, respectfully moves the Court pursuant to LCvR 83.2(d), to admit Matthew C. Crowl, an attorney admitted to practice before the Bars of the States of Illinois, the United States District Court for the Northern District of Illinois, and the United States Court of Federal Claims, but not admitted to the bar of this Court, to appear *pro hac vice* as counsel for the Federal Deposit Insurance Corporation, Solely in its Capacity as Manager of the FSLIC. The declaration of Mr. Crowl in support of this Motion, is attached.

Dated: July 29, 2008                    Respectfully submitted,

                                        By: /s/ D. Christopher Ohly
                                        D. Christopher Ohly (DC Bar No. 486370)
                                        SCHIFF HARDIN, LLP
                                        1666 K Street, NW
                                        Suite 300
                                        Washington, DC 20006
                                        Tel:    202.778.6458
                                        Fax:    202.778.6460
                                        Email: dcohly@schiffhardin.com

                                        *Attorneys for the Federal Deposit
                                        Insurance Corporation, Solely in its Capacity as
                                        Manager of the FSLIC Resolution Fund*

Claire L. McGuire (D.C. Bar No. 247924)
Larry L. Goodman (D.C. Bar No. 421980)
Leslie A. Conover (D.C. Bar No. 366826)
Bruce C. Taylor
John A. Davidovich
FEDERAL DEPOSIT
INSURANCE CORPORATION
3501 Fairfax Drive
Arlington, VA 22226
Tel: (703) 562-2390
Fax: (703) 562-2481

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ADAM CORPORATION/GROUP,<br>                      Petitioner/Plaintiff,<br><br>- AND -<br><br>Citibank, N.A.,<br>    Nominal Petitioner/Nominal Plaintiff,<br><br>- AGAINST -<br><br>FEDERAL DEPOSIT INSURANCE<br>CORPORATION, Solely in its Capacity as<br>Manager of the FSLIC Resolution Fund,<br><br>                Respondent/Defendant. | No. 1:08-cv-0753 RMU |

**ORDER**

Upon consideration of the Motion to Admit Matthew C. Crowl *Pro Hac Vice* in this case, as well as his declaration in support of that Motion and the entire record in this case, it is this ___ day of July, 2008, hereby

**ORDERED** that the Motion to Admit Matthew C. Crowl *Pro Hac Vice*, be and the same is hereby **GRANTED**.

_____
Ricardo M. Urbina
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ADAM CORPORATION/GROUP,<br>　　　　　　　　Petitioner/Plaintiff,<br><br>- AND -<br><br>Citibank, N.A.,<br>　　Nominal Petitioner/Nominal Plaintiff,<br><br>- AGAINST -<br><br>FEDERAL DEPOSIT INSURANCE<br>CORPORATION, Solely in its Capacity as<br>Manager of the FSLIC Resolution Fund,<br><br>　　　　　　　　Respondent/Defendant. | No. 1:08-cv-0753 RMU |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Admit Matthew C. Crowl *Pro Hac Vice*, Declaration of Matthew C. Crowl, and Proposed Order was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following as indicated on the service list below ("CM/ECF"). I hereby further certify that on July 29, 2008, I served a copy of the Motion by United States Mail, first class postage pre-paid, upon the following counsel:

        Kent A. Yalowitz
        Erik C. Walsh
        ARNOLD & PORTER LLP
        399 Park Avenue
        New York, NY 10022

        Michael A. Johnson
        555 12th Street, N.W.
        Washington, D.C. 20004

        Attorneys for TACG

Brian T. Morris
5400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270

Attorney for Citibank, N.A.

/s/ D. Christopher Ohly
D. Christopher Ohly (DC Bar No. 486370)
SCHIFF HARDIN, LLP
1666 K Street, NW
Suite 300
Washington, DC 20006
Tel:   202.778.6458
Fax:   202.778.6460
Email: dcohly@schiffhardin.com

*Attorneys for the Federal Deposit
Insurance Corporation, Solely in its Capacity as
Manager of the FSLIC Resolution Fund*

Claire L. McGuire (D.C. Bar No. 247924)
Larry L. Goodman (D.C. Bar No. 421980)
Leslie A. Conover (D.C. Bar No. 366826)
Bruce C. Taylor
John A. Davidovich
FEDERAL DEPOSIT
INSURANCE CORPORATION
3501 Fairfax Drive
Arlington, VA 22226
Tel: (703) 562-2390
Fax: (703) 562-2481

CH2\2627726.1
CH2\2633609.1 07.25.08 02:40  **DRAFT**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ADAM CORPORATION/GROUP,<br>    Petitioner/Plaintiff,<br><br>- AND -<br><br>Citibank, N.A.,<br>   Nominal Petitioner/Nominal Plaintiff,<br><br>- AGAINST -<br><br>FEDERAL DEPOSIT INSURANCE<br>CORPORATION, Solely in its Capacity as<br>Manager of the FSLIC Resolution Fund,<br><br>    Respondent/Defendant. | No. 1:08-cv-0753 RMU |

## DECLARATION OF MATTHEW C. CROWL

I, Matthew C. Crowl, hereby declare as follows:

1. I am a partner in the Chicago office of Schiff Hardin, LLP, whose office address is 6600 Sears Tower, Chicago, Illinois 60606. My full address and phone number are reflected below. I have been retained to serve as counsel to the Federal Deposit Insurance Corporation, the Respondent-Defendant in this action. Schiff Hardin maintains an office in the District of Columbia, at 1666 K Street, N.W., Suite 300, Washington, D.C. 20036. I do not currently practice in the District of Columbia and I do not have pending an application for membership in the bar of the District of Columbia.

2. I obtained a Bachelor of Arts from Drake University in 1984. I obtained a Juris Doctorate degree from the University of Chicago School of Law School in 1989. I am currently a member in good standing of the bar of the State of Illinois. I am also admitted in the United

States District Court for the Northern District of Illinois, and the United States Court of Fedral Claims. I was first admitted to practice in 1989.

3. No disciplinary proceedings are presently pending, or have ever been instituted, against me.

4. I have not been admitted *pro hac vice* in this Court in the last two years.

5. I have read the Local Rules for practice in the United States District Court for the District of Columbia, and I agree to abide by them.

I declare under the penalties of perjury that the foregoing is true and correct.

July 25, 2008

_____
Matthew C. Crowl
SCHIFF HARDIN, LLP
6600 Sears Tower
Chicago, Illinois 60606
Tel:   312.258.5762
Fax:   312.258.5600
Email: mcrowl@schiffhardin.com

*Attorney for the Federal Deposit Insurance Corporation, Solely in its Capacity as Manager of the FSLIC Resolution Fund*